**Order entered March 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01343-CV

## IN THE INTEREST OF S.C. AND K.C., CHILDREN

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-16417

## ORDER

Before the Court is appellant's March 4, 2020 unopposed motion for leave for extension of time to file his opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than April 6, 2020.

/s/     KEN MOLBERG
         JUSTICE